**Paul WILSON and Roosevelt Wilson, Appellants,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 25, 1955.

Rehearing Denied Jan. 27, 1956.

Robert R. R. Boone, Pineville, Robert J. Watson, Middlesboro, for appellants.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., Kelly Clore, Pineville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Bell Circuit Court convicting appellants of the offense of possessing alcoholic beverages in violation of KRS 243.-020(4), with punishment fixed at a fine of $200 and six months in jail. The questions raised, authorities cited and applicable law have been carefully considered by the Court and we find no prejudicial error.

The motion for an appeal is overruled, and the judgment is affirmed.